

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

Butner, North Carolina 27509
☐ *Federal Medical Center*
   P.O. Box 1500
■ *Federal Correctional Institution*
   P. O. Box 1000
☐ *Low Security Correctional Institution*
   P.O. Box 999

June 29, 2005

**FILED**

The Honorable Lacy H. Thornburg
United States District Court
Western District of North Carolina
200 U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801



RE: MURPHY, Dominick
REGISTER NUMBER: 18829-058
DOCKET NUMBER: 1:04CR113

Dear Judge Thornburg:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina on May 25, 2005, pursuant to the provisions of Title 18, United States Code, Sections 4241(b), 4242 and 4247(b)(c).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Murphy, which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for 30 days. If this request is granted, the evaluation period will end on August 7, 2005. My staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please forward copies of the amended Order by fax machine to W. Nobles, Unit Manager at (919) 575-2023 and also to K. Bernardo, Inmate Systems Manager at (919) 575-2003. Please mail a certified copy to the Records Office at FCI Butner.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

Patricia R. Stansberry
Warden

**GRANTED**/DENIED (Circle One)    DATE: 7-7-05

Signature: _____
Judge Lacy H. Thornburg